UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"

WORLD FUEL SERVICES EUROPE, LTD.,
d/b/a World Fuel Services,

    Plaintiff,

vs.

MACOIL INTERNATIONAL S.A.,

    Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff ("WFS") by and through undersigned counsel to hereby file its complaint against Defendant MACOIL INTERNATIONAL S.A. ("MACOIL") as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is an admiralty and maritime action within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Court has jurisdiction pursuant to 28 U.S.C. §1333.

2. Plaintiff WORLD FUEL SERVICES EUROPE, LTD. is a company organized under the laws of the United Kingdom with an address at 8th Fl. 62 Buckingham Gate, London SWIE 6AJ UK and a registered address of The Broadgate Tower, 20 Primrose Street, London EC2A 2RS UK.

3. Plaintiff is part of the World Fuel Services Marine Group of companies and is an indirectly and wholly owned subsidiary of World Fuel Services Corporation which is a Florida corporation traded publicly on the New York Stock Exchange under the ticker symbol "INT" (hereinafter referred to as "World Fuel Services" or

"WFS"), based in this District at 9800 N.W. 41st Street, Suite 400, Miami, Florida 33178.

4. Plaintiff sells, brokers, and supplies fuel oil and lubricants to ocean going cargo vessels.

5. Defendant MACOIL is a Liberian entity with a registered address of 80 Broad Street, Monrovia, Liberia and a principal office and place of business in Greece at 103, Kallirrois Street, Athens 176 71, Greece.

6. MACOIL's business involves the purchasing of marine fuel oil cargoes and physical supply to vessels.

7. Between August 2018 and September 2018, the parties entered into a series of contracts related to the sale of cargoes in the form of fuel and lubricants by the Plaintiff to the Defendant.

8. Related to the cargo sales, the parties entered into a series of addendums that made the Plaintiff's Terms and Conditions applicable to each contract at issue here. A true and correct copy of the WFS 2016 Marine Terms and Conditions are attached hereto as Exhibit "A".

9. As such, under section 18 the applicable terms and conditions, the Defendant is subject to the Court's personal jurisdiction under Fla. Stat. § 48.193(9).

10. Venue likewise under Section 18 the applicable terms and conditions lies in the Southern District of Florida.

11. As such, this Court is the proper venue and the Court has subject matter jurisdiction over the issues and personal jurisdiction over the Defendant.

**GENERAL ALLEGATIONS OF FACT**

12. From August and September of 2018, the parties entered into a series of three separate contracts with each other, as set forth herein, for the purchase and sale of marine bunker cargoes sold by the Plaintiff to the Defendant.

13. The purchase and sale of the cargoes were evidenced by (1) sales confirmations between the parties, (2) a sales contract whereby the Plaintiff then purchased the cargoes from a third party AOT Trading AG, (3) Bills of Lading evidencing the consummation of the contract between the parties to this suit, (4) an Addendum to each contract setting forth the specific terms and conditions applicable to the transaction between the parties to this suit including the Plaintiff's Terms and Conditions attached as Exhibit "A", and (5) subsequent invoices issued by the Plaintiff to the Defendant with all information detailing the sale and schedule for payments required by the sales contract.

14. Despite Plaintiff causing the supply of contractually ordered cargoes sold to the Defendant as ordered and contracted by the Defendant and WFS's issuance of invoices for each transaction to the Defendant, Defendant has failed to make payments for any of its contractual obligations.

15. Defendant has never objected to the quantity or quality of any delivery.

### COUNT I – BREACH OF MARITIME CONTRACT FOR THE AUGUST 28, 2018 SUPPLY

16. Plaintiff hereby incorporates and therefore re-alleges Paragraphs 1-15 of this Complaint as if fully set forth herein.

17. Upon confirmation order(s) dated on August 24, 2018, Defendant contracted to buy from the Plaintiff up to 10,000 Metric Tons of cargoes in the form of marine

bunkers to be delivered in Malta between August 27-31, 2018, inclusive. A true and correct copy of the confirmation is attached hereto as Exhibit "B".

18. On August 27, 2018, Plaintiff entered into a contract with a third party, AOT Trading AG, to purchase the cargoes necessary to fulfill its contract with the Defendant. A true and correct copy of the third party agreement with AOT Trading AG is attached hereto as Exhibit "C".

19. On August 28, 2018, in accordance with the contract, Plaintiff caused the supply of contractually ordered cargoes to the Defendant's appointed vessel, the "LS JACOBA" when it supplied in Malta 9,997.4390 MTN of 380CST / RMG380 MAX 3.5%S(10). A true and correct copy of the Bills of Lading for the supply are attached hereto as Exhibit "D".

20. On August 30, 2018, the parties entered into an Addendum to this specific agreement for the purchase and sale of the cargo, setting forth additional terms applicable to the transaction. A true and correct copy of this Addendum is attached. hereto as Exhibit "E".

21. As per the contract, the correct price for the cargo was calculated at 426.25 per MTN.

22. An invoice bearing number 227498-32501 was issued on September 18, 2018 by the Plaintiff to the contractual debtors, the Vessel, "LS Jacoba", and/or her owners/operators, Defendant Macoil International S.A., for the contracted amount owed of USD 4,261,408.37. A true and correct copy of the Invoice is attached hereto as Exhibit "F".

23. Payment on the invoice was due from the Defendant on September 27, 2018 and to date, remains unpaid.

24. As of October 15, 2019, for this August 28, 2018 delivery, Defendant owes $5,547,653.19, made up of $4,261,408.37 in principal, $1,073,174.40 in interest, and $213,070.42 in contractual fees.  A true and correct copy of the Composite Statement of Account as of October 15, 2019 is attached hereto as Exhibit "G".

## COUNT II – BREACH OF MARITIME CONTRACT
## FOR THE SEPTEMBER 11, 2018 SUPPLY

25. Plaintiff hereby incorporates and therefore re-alleges Paragraphs 1-15 of this Complaint as if fully set forth herein.

26. Upon confirmation order(s) dated on September 7, 2018, Defendant contracted to buy from the Plaintiff up to 6,000 Metric Tons of cargoes in the form of marine bunkers to be delivered in Malta between September 8-11, 2018, inclusive.  A true and correct copy of the confirmation is attached hereto as Exhibit "H".

27. On September 7, 2018, Plaintiff entered into a contract with a third party, AOT Trading AG, to purchase the cargoes necessary to fulfill its contract with the Defendant.  A true and correct copy of the third party agreement with AOT Trading AG is attached hereto as Exhibit "I".

28. On September 11, 2018, in accordance with the contract, Plaintiff caused the supply of contractually ordered cargoes to the Defendant's appointed vessel, the "LS JACOBA" when it supplied in Malta 5,998.6450 MTN of 380CST / RMG380 MAX 3.5%S(10).  A true and correct copy of the Bills of Lading for the supply are attached hereto as Exhibit "J".

29. On September 13, 2018, the parties entered into an Addendum to this specific agreement for the purchase and sale of the cargo, setting forth additional terms applicable to the transaction. A true and correct copy of this Addendum is attached hereto as Exhibit "K".

30. As per the parties' contract, the correct price for the cargo was calculated at 432.75 per MTN.

31. An invoice bearing number 227892-32501 was issued on September 27, 2018 by the Plaintiff to the contractual debtors, the Vessel, "LS Jacoba", and/or her owners/operators, Defendant Macoil International S.A., for the contracted amount owed of USD 2,595,913.62. A true and correct copy of the Invoice is attached hereto as Exhibit "L".

32. Payment on the invoice was due from the Defendant on October 11, 2018 and to date, remains unpaid.

33. As of October 15, 2019, for this September 11, 2018 delivery, Defendant owes $3,387,048.52, made up of $2,595,913.62 in principal, $629,846.88 in interest, and $161,288.02 in contractual fees. A true and correct copy of the Composite Statement of Account as of October 15, 2019 is attached hereto as Exhibit "G".

## COUNT III – BREACH OF MARITIME CONTRACT FOR THE SEPTEMBER 14, 2018 TRANSACTION

34. Plaintiff hereby incorporates and therefore re-alleges Paragraphs 1-15 of this Complaint as if fully set forth herein.

35. Upon confirmation order(s) dated on or about September 13, 2018, Defendant contracted to buy from the Plaintiff up to 5,000 Metric Tons of cargoes in the form of marine bunkers to be delivered in Malta between September 12-14, 2018,

inclusive.  A true and correct copy of the confirmation is attached hereto as Exhibit "M".

36. On or about September 12, 2018, Plaintiff entered into a contract with a third party, AOT Trading AG, to purchase the cargoes necessary to fulfill its contract with the Defendant.  A true and correct copy of the third party agreement with AOT Trading AG is attached hereto as Exhibit "N".

37. On September 14, 2018, in accordance with the contract, Plaintiff caused the supply of contractually ordered cargoes to the Defendant's appointed vessel, the "LS JACOBA" when it supplied in Malta 5,000.00 MTN of 380CST / RMG380 MAX 3.5%S(10).  A true and correct copy of the Bill of Lading for the supply is attached hereto as Exhibit "O".

38. On September 18, 2018, the parties entered into an Addendum to this specific agreement for the purchase and sale of the cargo, setting forth additional terms applicable to the transaction.  A true and correct copy of this Addendum is attached hereto as Exhibit "P".

39. As per the parties' contract, the correct price for the cargo was calculated at 432.75 per MTN.

40. An invoice bearing number 227897-32501 was issued on September 27, 2018 by the Plaintiff to the contractual debtors, the Vessel, "LS Jacoba", and/or her owners/operators, Defendant Macoil International S.A., for the contracted amount owed of USD 2,163,750.00. A true and correct copy of the Invoice is attached hereto as Exhibit "Q".

41. Payment on the invoice was due from the Defendant on October 14, 2018 and to date, remains unpaid.

42. As of October 15, 2019, for this September 14, 2018 delivery, Defendant owes $2,818,696.38, made up of $2,163,750.00 in principal, $520,722.74 in interest, and $134,223.64 in contractual fees. A true and correct copy of the Composite Statement of Account as of October 15, 2019 is attached hereto as Exhibit "G".

WHEREFORE, in accordance with the contracts at issue, Plaintiffs respectfully request the Court to enter Final Judgment in their favor against the Defendant for Plaintiffs' damages, in the amount of $11,753,398.09 as of October 15, 2019, for which additional interest, contractual fees, attorneys' fees, and costs have accrued or will continue to accrue.

Dated: October 15, 2019

Respectfully submitted,
**WAGNER LEGAL**
Attorney for Plaintiff
3050 Biscayne Blvd., #904
Miami, FL 33137
Telephone: (305) 768-9247
Facsimile: (305) 306-8598
By: **/s/ Scott A. Wagner**
Scott Wagner, Esq.
Florida Bar No. 10244